IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02424-WYD-BNB

RANDALL S. ASHER, D.D.S., M.S.,

Plaintiff,

v.

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on my Order to Show Cause [Doc. # 10, filed 2/9/2011] which required the plaintiff to explain why the case should not be dismissed for failure to prosecute and failure to make service within 120 days after filing the Complaint as required by Rule 4(m), Fed. R. Civ. P.  The plaintiff responded to the Order to Show Cause, Response [Doc. # 11, filed 2/23/2011], stating that service has not been completed because "the parties are actively pursuing settlement and are extremely close to an agreement."  Id. at ¶4.  In addition, the plaintiff indicated that he can "effectuate service in this matter within the next 14 days," and requested a 14 day extension within which to make service of process.

Good cause having been shown,

IT IS ORDERED:

(1)     The Order to Show Cause [Doc. # 10] is DISCHARGED; and

(2)     The plaintiff may have to and including **March 16, 2011**, within which to make service of process.

Dated February 23, 2011.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge