IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02424-WYD-BNB

RANDALL S. ASHER, D.D.S., M.S.,

Plaintiff,

v.

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to Amend Complaint** [docket no. 12, filed February 23, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Complaint and Jury Demand.

IT IS FURTHER ORDERED that the caption is to be changed on all future filings to reflect the defendant as Philips Oral Healthcare, Inc., a Washington corporation.


DATED:  February 23, 2011